# **EXHIBIT "1"**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| KYRA JENNIFER GIBSON | BANKRUPTCY NO. 21-10571(ELF) |
| Debtor | |
| CHRISTINE C. SHUBERT, in her capacity as the Chapter 7 Trustee for the Estate of KYRA JENNIFER GIBSON | |
| Plaintiff | |
| v. | ADVERSARY NO. 21-39(ELF) |
| RONALD JEFFREY WASHINGTON, JR. and ASHLEY ELIZABETH WASHINGTON | |
| Defendants | |

## CONSENT JUDGMENT

It is hereby **STIPULATED** and **AGREED**, by and through undersigned counsel for the parties, that pursuant to the Settlement Agreement and Mutual Release between the parties, **JUDGMENT** is hereby entered in favor of plaintiff, Christine C. Shubert in her capacity as the Chapter 7 Trustee for the Estate of Kyra Jennifer Gibson (the "Plaintiff"), and against the defendants, Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington (collectively, the "Defendants"), in the amount of Twenty-Five Thousand Dollars ($25,000.00) less all payments made by the Defendants to the Plaintiff.

KARALIS PC

By: _____
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Attorneys for the Plaintiff

CIBIK & CATALDO, P.C.

By: _____
Michael A. Cataldo, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-1060
Attorneys for the Defendants

BY THE COURT:

_____     Date: November 16, 2022

**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**