# **EXHIBIT "2"**

## BILL OF SALE

Christine C. Shubert, in her capacity as the Chapter 7 Trustee of the bankruptcy estate of Kyra Jennifer Gibson (the "Seller") and First Capital Properties, LTD (the "Buyer").

## RECITALS:

WHEREAS, on March 9, 2021, Kyra Jennifer Gibson (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") in the matter of *In re Gibson*, U.S.B.C. E.D.PA, Bankruptcy No. 21-10571(AMC).

WHEREAS, on March 10, 2021, the Seller was appointed as the Chapter 7 Trustee of the Debtor's bankruptcy estate which appointment remains in effect.

WHEREAS, on November 16, 2022, the Bankruptcy Court entered a Consent Judgment in favor of the Seller and against Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington in the matter of *Shubert v. Washington, et al.*, U.S.B.C. E.D.PA, Adversary No. 21-00039(AMC) (the "Judgment"). The Certification of Judgment for Registration in Another District is attached hereto as Exhibit "A" and made a part hereof.

WHEREAS, the Judgment has a face value of $25,000.00 and a current value of $21,666.67 as payments in the amount of $3,333.34 were made on account of the Judgment.

WHEREAS, the Seller and the Buyer have entered into an agreement with respect to the Judgment.

WHEREAS, the Seller desires to sell, assign, convey, transfer and deliver to the Buyer all of the Seller's right, title and interest in and to the Judgment.

NOW, THEREFORE, for and in consideration of the foregoing and the mutual covenants contained herein, and for other good and valuable consideration, the receipt, adequacy and legal sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, agree as follows:

Section 1.    Bill of Sale; Conveyance of Assets.    The Seller hereby transfers to the Buyer, its successors and assigns, all of her right, title and interest in and to the Judgment, TO HAVE AND TO HOLD the Judgment unto the Buyer and its successors and assigns forever from the date hereof.

Section 2.    Purchase Price.    The Buyer shall pay the Seller the sum of $2,600.00 (the "Purchase Price") to purchase the Judgment.

Section 3.    Effective Time.    The transaction contemplated by this Bill of Sale will be subject to the payment of the Purchase Price, approval of the Bankruptcy Court and effective upon the entry of a final and non-appealable Order of the Bankruptcy Court approving the sale of the

Judgment from the Seller to the Buyer.

Section 4. General.

    4.1 Entire Agreement. This Bill of Sale and all other written agreements which may be entered into between the parties hereto in connection herewith and therewith and the transaction contemplated hereby and thereby and all other documents and instruments delivered in connection herewith and therewith and the transaction contemplated hereby and thereby, set forth the full and complete understanding of the parties hereto with respect to the transactions contemplated hereby and shall not be amended other than by a written document executed by the parties hereto.

    4.2 Counterparts. This Bill of Sale may be executed in counterparts, each of which shall be deemed to be an original and both of which together shall be deemed to be one and the same instrument. Delivery of an executed counterpart by telefacsimile or e-mail shall be equally as effective as delivery of an original executed counterpart.

    4.3 Binding Effect; No Third Party Beneficiaries. This Bill of Sale shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns, and no other person shall have any right or obligation hereunder.

    4.4 Severability. Any term or provision of this Bill of Sale which is invalid or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such invalidity or unenforceability without rendering invalid or unenforceable the remaining terms and provisions of this Bill of Sale or affecting the validity or enforceability of any of the terms or provisions of this Bill of Sale in any other jurisdiction.

    4.5 Headings. The section and other headings of this Bill of Sale are for reference purposes only and shall not affect the meaning or interpretation of this Bill of Sale.

**[SIGNATURE PAGE TO FOLLOW]**

IN WITNESS WHEREOF, the parties hereto have caused this Bill of Sale to be executed on the day and year first below written.

SELLER:

WITNESS/ATTEST:

CHRISTINE C. SHUBERT, SOLEY IN HER CAPACITY AS THE CHAPTER 7 TRUSTEE OF THE ESTATE OF KYRA JENNIFER GIBSON

By: _____
Christine C. Shubert

Date: 7/14/25

BUYER:

WITNESS/ATTEST:

FIRST CAPITAL PROPERTIES, LTD

By: _____
Keith Ganther, President

Date: 7/12/2025

# EXHIBIT "A"

B2650 (Form 2650) (12/15)

# United States Bankruptcy Court

Eastern District Of Pennsylvania

| | | |
|---|---|---|
| In re KYRA JENNIFER GIBSON | ) | |
| Debtor | ) | Case No. 21-10571 (ELF) |
| CHRISTINE C. SHUBERT, in her capacity as the Chapter 7 Trusee for the Estate of KYRA JENNIFER GIBSON | ) ) ) | Chapter 7 |
| Plaintiff | ) | Misc. Proc. No. 2:22-mp-0003-DPC |
| RONALD JEFFREY WASHINGTON, JR. and ASHLEY ELIZABETH WASHINGTON | ) ) ) | Adv. Proc. No. 21-39 (ELF) |
| Defendant | ) | |

### CERTIFICATION OF JUDGMENT FOR
### REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached Consent Judgment is a true copy of the original Consent Judgment entered in this proceeding on November 16, 2022, Docket Entry 24, as it appears in the records of this court, and that:

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____ .
(date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____ .
(name of court)                                                    (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____
(date)

_December 12, 2022_

_____
Clerk of the Bankruptcy Court

_December 12, 2022_                    By: _____
Date                                         Deputy Clerk

[Certification stamp: I HEREBY CERTIFY THAT THE ANNEXED IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THE OFFICE OF THE... DATED: 1/11/2023]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| KYRA JENNIFER GIBSON | : | BANKRUPTCY NO. 21-10571(ELF) |
| Debtor | : | |
| CHRISTINE C. SHUBERT, in her capacity as the Chapter 7 Trustee for the Estate of KYRA JENNIFER GIBSON | : | |
| Plaintiff | : | |
| v. | : | ADVERSARY NO. 21-39(ELF) |
| RONALD JEFFREY WASHINGTON, JR. and ASHLEY ELIZABETH WASHINGTON | : | |
| Defendants | : | |

## CONSENT JUDGMENT

It is hereby STIPULATED and AGREED, by and through undersigned counsel for the parties, that pursuant to the Settlement Agreement and Mutual Release between the parties, JUDGMENT is hereby entered in favor of plaintiff, Christine C. Shubert in her capacity as the Chapter 7 Trustee for the Estate of Kyra Jennifer Gibson (the "Plaintiff"), and against the defendants, Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington (collectively, the "Defendants"), in the amount of Twenty-Five Thousand Dollars ($25,000.00) less all payments made by the Defendants to the Plaintiff.

KARALIS PC

By: _____
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Attorneys for the Plaintiff

CIBIK & CATALDO, P.C.

By: _____
Michael A. Cataldo, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-8160
Attorneys for the Defendants

BY THE COURT:

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

Date: November 16, 2022