# **EXHIBIT "3"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| KYRA JENNIFER GIBSON | : | BANKRUPTCY NO. 21-10571 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

DECLARATION OF CHRISTINE C. SHUBERT, CHAPTER 7
TRUSTEE, IN SUPPORT OF THE MOTION OF CHRISTINE C. SHUBERT,
CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING THE SALE OF
A CONSENT JUDGMENT ENTERED ON NOVEMBER 16, 2022 IN FAVOR OF THE
TRUSTEE AND AGAINST RONALD JEFFREY WASHINGTON, JR. AND ASHLEY
ELIZABETH WASHINGTON FREE AND CLEAR OF ALL LIENS, CLAIMS AND
ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of her knowledge, information and belief:

1. I am the Chapter 7 Trustee of the above-referenced bankruptcy estate.

2. On July 14, 2025, I filed the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Authorizing the Sale of a Consent Judgment Entered on November 16, 2022 in Favor of the Trustee and Against Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 (the "Motion").

3. I reviewed the Motion prior its filing with the Court.

4. All of the facts and averments set forth in the Motion are true and correct and I offer these facts and averments in support of the relief sought in the Motion.

5. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christine C. Shubert
Christine C. Shubert,
Chapter 7 Trustee

Dated: July 14, 2025