IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| KYRA JENNIFER GIBSON | : BANKRUPTCY NO. 21-10571 (AMC) |
| | : |
| Debtor | : |
| | : |

### CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on July 14, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Authorizing the Sale of a Consent Judgment Entered on November 16, 2022 in Favor of the Trustee and Against Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 (the "Motion") and

- Notice of Motion, Response Deadline and In-Person Hearing Date.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

KARALIS PC

By: ___/s/ Robert W. Seitzer___
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: July 14, 2025

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Attorneys for the United States Trustee*

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226
*Chapter 7 Trustee*

Richard N. Lipow, Esquire
Lipow Law Office
629 Swedesford Road
Malvern, PA 19355
*Attorneys for the Debtor*

Michelle L. McGowan, Esquire
Robertson, Anschutz, Schneid, Crane & Partners PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
*Attorneys for Newrez, LLC*

Charles Griffin Wohlrab, Esquire
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Road, Ste 170
Duluth, GA 30097
*Attorneys for Newrez, LLC*

**VIA E-MAIL**

First Capital Properties, LTD
Attn: Mr. Keith Smith
keith55@att.net
*Purchaser*

Adam B. Nach, Esquire
Lane & Nach, P.C.
2001 E. Campbell, Suite 103
Phoenix, AZ 85016
adam.nach@lane-nach.com
*Special Counsel for the Trustee*

**VIA U.S. FIRST CLASS MAIL**

Mr. Ronald J. Washington, Jr.
Mrs. Ashley E. Washington
1634 East Aire Libre Avenue
Phoenix, AZ 85022
*Defendants*