# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 7 |
| : | |
| KYRA JENNIFER GIBSON : | BANKRUPTCY NO. 21-10571 (AMC) |
| : | |
| Debtor : | |
| : | |

## CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO MOTION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING THE SALE OF A CONSENT JUDGMENT ENTERED ON NOVEMBER 16, 2022 IN FAVOR OF THE TRUSTEE AND AGAINST RONALD JEFFREY WASHINGTON, JR. AND ASHLEY ELIZABETH WASHINGTON FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363

**TO:** THE HONORABLE ASHELY M. CHAN,
Chief United States Bankruptcy Judge

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on July 14, 2025 a copy of the Notice of Motion, Response Deadline and In-Person Hearing Date on the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Authorizing the Sale of a Consent Judgment Entered on November 16, 2022 in Favor of the Trustee and Against Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 (the "Motion") wase served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties, interested parties and all creditors in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Motion and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE**, counsel to the Trustee respectfully requests that the Motion be granted.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
    Robert W. Seitzer, Esquire
    1900 Spruce Street
    Philadelphia, PA 19103
    (215) 546-4500

*Attorneys for the Trustee*

Dated: August 5, 2025