IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| KYRA JENNIFER GIBSON | : BANKRUPTCY NO. 21-10571 (AMC) |
| | : |
| Debtor | : |
| | : |

**FIRST AND FINAL FEE APPLICATION OF KARALIS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE TRUSTEE, FOR THE PERIOD APRIL 19, 2021 THROUGH SEPTEMBER 10, 2025**

Karalis PC (the "Applicant"), counsel to Christine Shubert, Chapter 7 Trustee (the "Trustee") for the estate of Kyra Jennifer Gibson (the "Debtor"), in accordance with Fed. R. Bankr. P. 2016, applies under 11 U.S.C. § 330 for an award of compensation and reimbursement of actual, necessary expenses (the "Application") and represents:

### Part A - Preliminary Statement

1. On April 19, 2021, the Trustee filed an Application to Employ the Applicant as her bankruptcy counsel. By Order dated April 30, 2021, the Applicant was employed as the Trustee's bankruptcy counsel.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Trustee, and not on behalf of any committee, creditor, or other person.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5. The Applicant incurred fees in the amount of $7,679.50 for legal services rendered and $533.46 for reimbursement of actual and necessary expenses incurred during the service period of April 19, 2021 through September 10, 2025 (the "Service Period").

6. *That being said, the Applicant has agreed to reduce its legal fees from the sum of $7,679.50 to the sum of $500.00.*

7. The Trustee was given the opportunity to review the Application and has approved the amount requested herein.

### Part B - General Information

1. **Period: April 19, 2021 through September 10, 2025**

    First and Final Fee Application

    Fees and Expenses Incurred

    | | |
    |---|---|
    | Fees | $7,679.50 |
    | Expenses | $ 533.46 |
    | Total | $8,212.96 |

2. **General Information**

    a. Date case filed: March 9, 2021

    b. Date Trustee appointed: March 10, 2021

    c. Date application to approve employment filed: April 19, 2021

    d. Date employment approved: April 30, 2021

    e. First date services rendered in this case: April 19, 2021

    f. $500.00 of the compensation sought for legal services and $533.46 of the reimbursement sought for actual and necessary expenses incurred during the Service Period are proposed to be paid.

    g. This Application is for a period greater than 120 days after the end of the period of the last Application.

3. **Prior Applications**

    None

4. **Attorneys' Billing**

| NAME OF PROFESSIONAL | ADMITTED | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Robert W. Seitzer | 2001 | 10.40 | $395 | $4,108.00 |
| | | 2.90 | $410 | $1,189.00 |
| | | .40 | $500 | $200.00 |
| | | 3.50 | $525 | $1,837.50 |
| **TOTAL** | | **17.20** | | **$7,334.50** |

5. **Paralegal Services**

| NAME OF PROFESSIONAL | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Jill Hysley | | .30 | $130 | $39.00 |
| | | 1.80 | $140 | $252.00 |
| | | .30 | $180 | $54.00 |
| **TOTAL** | | **2.40** | | **$345.00** |

6. **Billing Rates**

The billing rates set forth in this Application are the normal hourly rates charged by the Applicant for the services rendered.

## Part C - Billing Summary

1. **Description of Services** - The Applicant prepared a Complaint and prosecuted fraudulent transfer litigation against the Debtor's ex-husband and his current wife. This matter was resolved and the Applicant prepared the Settlement Agreement and a Motion to Approve the Settlement Agreement. Thereafter, the Applicant prepared a Motion to Reopen Adversary Proceeding and Enter Consent Judgment. Lastly, the Applicant prepared a Motion to Sell the Consent Judgment.

    2.     The Applicant advised the Trustee with respect to all legal matters in connection with this bankruptcy case and performed the professional services detailed in Exhibit "A" which is attached hereto and made a part hereof. Detailed statements of the services are included in Exhibit "A" which lists the name of the professional or paraprofessional, date, activity, and time expended in connection with the services rendered.

### Part D - Expense Summary

    1.     The Applicant has expended $533.46 for costs and expenses in connection with the representation of the Trustee during the Service Period. A detail of the costs and expenses is included in Exhibit "A".

### Part E - L.B.R. 2016-2(b) Statement

    1.     Local Bankruptcy Rule 2016-2(b) is not applicable as the Applicant is seeking the entry of a final Order awarding compensation and reimbursement of expenses. Concurrent with the filing of this Application, the Trustee is submitting her Final Report to the Office of the United States Trustee.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**WHEREFORE**, the Applicant requests an award of $500.00 as reasonable compensation for the services rendered and $533.46 for reimbursement of expenses for a total of $1,033.46 for the period April 19, 2021 through September 10, 2025.

          **Respectfully submitted,**

          **KARALIS PC**

By: /s/ Robert W. Seitzer
    ROBERT W. SEITZER
    1900 Spruce Street
    Philadelphia, PA  19103
    (215) 546-4500
    rseitzer@karalislaw.com

*Attorneys for the Trustee*

Dated: September 12, 2025