IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| KYRA JENNIFER GIBSON | : | BANKRUPTCY NO. 21-10571 (AMC) |
| Debtor | : | |

## ORDER

**AND NOW**, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period April 19, 2021 through September 10, 2025 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED.**

2. The Applicant is allowed compensation in the amount of $500.00 for services rendered and $533.46 for reimbursement of expenses for a total of $1,033.46.

3. The amount awarded herein is hereby made final.

**BY THE COURT:**

Dated: _____    _____
ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE