# **EXHIBIT "A"**

September 10, 2025

Christine Shubert
821 Wesley Avenue
Ocean City, NJ 08226 USA

MATTER: 8105-a

Attention:

INVOICE: 1804

Kyra Jennifer Gibson

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Apr-19-21 | Telephone conference with Shubert re: fraudulent transfer action | 0.20 | 79.00 | RWS |
| Apr-20-21 | Letter to Washington re: fraudulent transfer | 0.40 | 158.00 | RWS |
| Apr-29-21 | Telephone conference with A. Washington re: fraudulent transfer | 0.30 | 118.50 | RWS |
| May-07-21 | Review of judgment and lien search | 0.60 | 237.00 | RWS |
| | Research re: subsequent transferee issues with fraudulent transfer complaint | 1.60 | 632.00 | RWS |
| May-10-21 | Prepared fraudulent transfer complaint | 2.10 | 829.50 | RWS |
| May-12-21 | Letter to Mr. and Mrs. Washington re: Summons and Complaint | 0.10 | 39.50 | RWS |
| Jun-11-21 | Review of Washington Answer to Complaint | 0.30 | 118.50 | RWS |
| Jun-16-21 | Review of Pre-Trial order re: Washington Adversary | 0.20 | 79.00 | RWS |
| Jul-06-21 | Prepared Mediation Statement re: Adversary | 0.10 | 39.50 | RWS |
| | Review of property appraisal | 0.40 | 158.00 | RWS |
| | Telephone conference with Cataldo re: Adversary 26(F) Conference | 0.40 | 158.00 | RWS |
| Jul-07-21 | Review of mortgage statement re: Adversary | 0.10 | 39.50 | RWS |
| Jul-13-21 | Review of mold reports re: property at issue in adversary | 0.30 | 118.50 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-14-21 | Prepared email to Shubert re: Washington Settlement Proposal re: Adversary | 0.10 | 39.50 | RWS |
| Jul-15-21 | Prepared Settlement Agreement with Washington | 0.80 | 316.00 | RWS |
| Jul-16-21 | Review revised Settlement Agreement with Washington | 0.70 | 276.50 | RWS |
| Jul-22-21 | Prepared 9019 Motion re: adversary | 1.20 | 474.00 | RWS |
| Jul-23-21 | Prepared e-mail to Lipow re: Washington settlement | 0.20 | 79.00 | RWS |
| | Telephone conference with Lipow re: Washington settlement | 0.30 | 118.50 | RWS |
| Jan-06-22 | Prepared email to Washington re: settlement terms | 0.10 | 41.00 | RWS |
| Jan-24-22 | Prepared email to Washington re: complying with Settlement Agreement | 0.10 | 41.00 | RWS |
| Mar-03-22 | Prepared Notice of Default of Washington Settlement Agreement | 0.50 | 205.00 | RWS |
| Aug-01-22 | Telephone conference with Nach re: collection of settlement amount | 0.40 | 164.00 | RWS |
| Sep-01-22 | Prepared e-mail to Nach re: Washington allegations | 0.10 | 41.00 | RWS |
| | Prepared e-mail to Shubert re: Washington allegations | 0.10 | 41.00 | RWS |
| Sep-02-22 | Prepared e-mail to Lach re: Washington assertion | 0.10 | 41.00 | RWS |
| Sep-12-22 | Review of and revise Motion to Reopen and Enter Consent Judgment | 1.20 | 492.00 | RWS |
| Nov-07-22 | Prepared e-mail to Shubert re: Motion to Enter Consent Judgment | 0.10 | 41.00 | RWS |
| Nov-16-22 | Court Appearance re: Motion to Reopen and Enter Judgment | 0.10 | 41.00 | RWS |
| Nov-17-22 | Prepared e-mail to Nach re: Consent Judgment | 0.10 | 41.00 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-07-24 | Prepared email to Shubert re: enforcement of judgment in Arizona | 0.10 | 50.00 | RWS |
| Aug-22-24 | Prepared email to Shubert re: potential collection on judgment | 0.20 | 100.00 | RWS |
| Oct-18-24 | Prepared email to Nach re: garnishment of Defendant's wages | 0.10 | 50.00 | RWS |
| Mar-26-25 | Telephone conference with Shubert re: auction option for sale of judgment | 0.30 | 157.50 | RWS |
| Mar-27-25 | Telephone conference with Nach re: auction of judgment | 0.30 | 157.50 | RWS |
| Apr-13-25 | Review of Judgment Sale Auction Notice | 0.20 | 105.00 | RWS |
| Jun-27-25 | Prepared Bill of Sale re: sale of judgment | 0.60 | 315.00 | RWS |
| Jul-01-25 | Prepared revised Bill of Sale re: judgment | 0.40 | 210.00 | RWS |
| Jul-10-25 | Prepared Sale Motion re: judgment | 1.70 | 892.50 | RWS |
| Aug-06-21 | Review of docket and prepare Certificate of No Response to 9019 Motion | 0.30 | 39.00 | JH |
| Sep-12-22 | Prepared Motion to Reopen Adversary and Enter Consent Judgment | 1.00 | 140.00 | JH |
| Sep-28-22 | Review of docket and prepare Certificate of No Response to Motion to Reopen Adversary and Enter Consent Judgment | 0.30 | 42.00 | JH |
| Oct-05-22 | Prepared Supplemental Certificate of Service re: Motion to Reopen & Enter Judgment | 0.20 | 28.00 | JH |
| Nov-02-22 | Review of docket and prepare Certificate of No Response to Motion to Reopen and Enter Judgment | 0.30 | 42.00 | JH |
| Aug-05-25 | Review of docket & prepare CONR to Sale Motion | 0.30 | 54.00 | JH |

|  |  | 19.60 | $7,679.50 |
|---|---|---|---|
| Totals |  |  |  |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Robert W. Seitzer | 17.20 | $426.42 | $7,334.50 |
| Jill Hysley | 2.40 | $143.75 | $345.00 |

**DISBURSEMENTS**

|  |  |  |
|---|---|---|
|  | Correspondence - Copy Charge | 1.60 |
|  | Application to Employ Counsel - Copy Charge | 12.80 |
|  | Complaint - Copy Charge | 23.00 |
|  | Certificate of No Objection - Copy Charge | 10.00 |
|  | Motion - Copy Charge | 80.00 |
|  | Notice - Copy Charge | 4.00 |
|  | Fee Application - Copy Charge | 5.00 |
|  | Proof of Claim - Copy Charge | 3.20 |
| Apr-20-21 | Mail - Correspondence - 1 - Gibson | 0.51 |
| Apr-30-21 | Pacer Service Charges for April | 3.40 |
| May-04-21 | Search Completed by DataTrace | 35.00 |
| May-12-21 | Mail - Complaint - 2 - Gibson | 3.80 |
| Jul-22-21 | Mail - Notice - 5 - Gibson | 2.55 |
| Jul-31-21 | Pacer Service Charges for July | 0.30 |
| Mar-03-22 | Mail - Correspondence - 2 - Gibson | 1.06 |
| Aug-03-22 | Mail - Correspondence - 2 - Gibson | 2.10 |
| Aug-11-22 | Mail - Certificate of No Objection - 2 - Gibson | 1.14 |
| Aug-31-22 | Pacer Service Charges for August | 0.10 |
| Sep-13-22 | Mail - Motion - 2 - Gibson | 3.96 |
| Sep-30-22 | Pacer Service Charges for September | 0.20 |
| Oct-05-22 | Federal Express - Inv No.: 7-910-07020 | 40.38 |
| Oct-18-22 | Mail - Motion - 2 - Gibson | 4.44 |
|  | Federal Express - Inv No.: 7-925-49934 - 2 envelopes | 86.80 |

| Date | Description | Amount |
|---|---|---|
| Nov-02-22 | Mail - Certificate of No Objection - 2 - Gibson | 1.14 |
| Jul-14-25 | Filing Fee - Sale Motion | 199.00 |
|  | Mail - Motion - 1 - Gibson | 1.32 |
|  | Mail - Notice - 3 - Gibson | 2.22 |
| Aug-05-25 | Mail - Certificate of No Objection - 1 - Gibson | 0.74 |
| Sep-10-25 | Mail - Correspondence - 2 - Gibson | 1.48 |
|  | Mail - Notice - 3 - Gibson | 2.22 |

Totals                                    $533.46

**Balance Due Now**                       **$8,212.96**