IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| KYRA JENNIFER GIBSON | BANKRUPTCY NO. 21-10571 (AMC) |
| Debtor | |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on September 12, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, For the Period April 19, 2021 through September 10, 2025 (the "Application") and

- Notice of the Application.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

KARALIS PC

By: /s/ Robert W. Seitzer
    ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: September 12, 2025

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Attorneys for the United States Trustee*

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226
*Chapter 7 Trustee*

Richard N. Lipow, Esquire
Lipow Law Office
629 Swedesford Road
Malvern, PA 19355
*Attorneys for the Debtor*

Michelle L. McGowan, Esquire
Robertson, Anschutz, Schneid, Crane & Partners PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
*Attorneys for Newrez, LLC*

Charles Griffin Wohlrab, Esquire
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Road, Ste 170
Duluth, GA 30097
*Attorneys for Newrez, LLC*