**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **KYRA JENNIFER GIBSON** | : | **BANKRUPTCY NO. 21-10571 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

**NOTICE OF FIRST AND FINAL FEE APPLICATION OF KARALIS PC FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE
TRUSTEE, FOR THE PERIOD APRIL 19, 2021 THROUGH SEPTEMBER 10, 2025**

TO:  ALL CREDITORS, OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES IN
INTEREST:

Karalis PC (the "Applicant"), Counsel for the Trustee, has filed a First and Final Fee
Application for Compensation and Reimbursement of Expenses requesting final compensation in
the amount of $500.00 for services rendered and $533.46 for reimbursement of expenses for a
total of $1,033.46, for the period April 19, 2021 through September 10, 2025 (the
"Application"). The Applicant has made no previous application for compensation.

1. **Your rights may be affected.  You should read these papers carefully and
discuss them with your attorney, if you have one in this bankruptcy case.  (If
you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Application** or if
you want the court to consider your views on the Application, then on or before
**September 26, 2025**, **you or your attorney must file a response to the
Application**. (*see Instructions on next page*).

3. **If you do not file a response to the Application,** the court may enter an order
granting the relief requested in the Application.

4. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out
whether a hearing has been scheduled.

5. If a copy of the Application is not enclosed, a copy of the Application will be
provided to you if you request a copy from the attorney whose name and address
is listed on the next page of this Notice.

### Filing Instructions

6.  **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7.  **If you are not required to file electronically**, you must file your response at

> Clerk
> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> Robert N.C. Nix Federal Building
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

8.  **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

9.  On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the movant's attorney:

> Robert W. Seitzer, Esquire
> Karalis PC
> 1900 Spruce Street
> Philadelphia, PA 19103
> Phone No.: (215) 546-4500
> Fax No.: (215) 985-4175
> E-mail address: rseitzer@karalislaw.com

Dated: September 12, 2025