IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| KYRA JENNIFER GIBSON | : | BANKRUPTCY NO. 21-10571 (AMC) |
| Debtor | : | |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on September 12, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, For the Period April 19, 2021 through September 10, 2025.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: September 12, 2025

Mailing List Exhibit attached hereto:

**VIA U.S. FIRST CLASS MAIL UPON ALL OF THE DEBTOR'S CREDITORS**

DEPT OF EDUCATION
400 MARYLAND AV SW
Washington, DC 20202

DISCOVER STUDENT LOANS
CUST SERV
PO BOX 30948
Salt Lake City, UT 84130-0948

LYNN BROWN
1330 WESTMINSTER DR
Downingtown, PA 19335