## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **KYRA JENNIFER GIBSON** | : | **BANKRUPTCY NO. 21-10571 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

### CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO FIRST AND FINAL FEE APPLICATION OF KARALIS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE TRUSTEE, FOR THE PERIOD APRIL 19, 2021 THROUGH SEPTEMBER 10, 2025

**TO:    THE HONORABLE ASHELY M. CHAN,**
**Chief United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on September 12, 2025 a copy of the Notice of First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, For the Period April 19, 2021 through September 10, 2025 (the "Application") was served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties, interested parties and all creditors in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE,** counsel to the Trustee respectfully requests that the Application be approved.

**Respectfully submitted,**

**KARALIS PC**

By:    /s/ Robert W. Seitzer
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500

*Attorneys for the Trustee*

Dated: September 30, 2025