## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| KYRA JENNIFER GIBSON | : | BANKRUPTCY NO. 21-10571 (AMC) |
| Debtor | : | |

### ORDER

**AND NOW**, upon consideration of the First and Final Fee Application of Karalis PC (the "<u>Applicant</u>") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period April 19, 2021 through September 10, 2025 (the "<u>Application</u>"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed compensation in the amount of $500.00 for services rendered and $533.46 for reimbursement of expenses for a total of $1,033.46.

3. The amount awarded herein is hereby made final.

Dated: October 3, 2025

BY THE COURT:

_____
ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE