**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

| | | |
|---|---|---|
| In re: KYRA JENNIFER GIBSON | § | Case No. 21-10571-AMC |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/09/2021. The undersigned trustee was appointed on 03/10/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $         5,933.34

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 7.08 |
| Bank service fees | 257.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 5,668.74 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/22/2021 and the deadline for filing governmental claims was 09/05/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,343.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $500.00, for a total compensation of $500.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1.68 for total expenses of $1.68$^2$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/12/2025

By: /s/ Christine C. Shubert
        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 21-10571-AMC
**Case Name:** KYRA JENNIFER GIBSON
**For Period Ending:** 09/12/2025

**Trustee Name:** (500770) Christine C. Shubert
**Date Filed (f) or Converted (c):** 03/09/2021 (f)
**§ 341(a) Meeting Date:** 04/16/2021
**Claims Bar Date:** 07/22/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Computer | 300.00 | 0.00 | | 0.00 | FA |
| 2 | used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING: TD BANK | 100.00 | 0.00 | | 0.00 | FA |
| 5 | UNITED STATES EE BONDS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6* | Fraudulent conveyance of property in Arizona (u)<br>Adv. No. 21-00039 Complaint filed 5/11/21 0 settled for $20k.<br>Per order to sell Doc. 45 (See Footnote) | 0.00 | 25,000.00 | | 5,933.34 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$1,900.00** | **$25,000.00** | | **$5,933.34** | **$0.00** |

RE PROP# 6    trustee engaged counsel and filed a complaint for recovery of the fraudulent conveyance.  Adversary filed 21-00039 to recover the preference.   Consent Judgment entered against the defendants.  Defendants defaulted on paying the Judgment. Trustee engaged special collection counsel, Lane and Nach  to collect the Judgment.   Special collection counsel collected funds from selling the Judgment.

Consent Judgment entered on November 16, 2022 against Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington in the matter of Shubert v. Washington, et al., U.S.B.C. E.D.PA, Adversary No. 21-00039(AMC).  The Consent Judgment has a face value of $25,000.00 and a current value of $21,666.67 as payments in the amount of $3,333.34 were made on account of the Consent Judgment."

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 21-10571-AMC
**Case Name:** KYRA JENNIFER GIBSON

**Trustee Name:** (500770) Christine C. Shubert
**Date Filed (f) or Converted (c):** 03/09/2021 (f)
**§ 341(a) Meeting Date:** 04/16/2021

**For Period Ending:** 09/12/2025

**Claims Bar Date:** 07/22/2021

**Major Activities Affecting Case Closing:**

Trustee will pursue fraudulent conveyance.  The debtor transferred property to her ex-boyfriend for $1.00 and no consideration.  Debtor is still obligated on the note and mortgage.     Engaged counsel to pursue the Fraudulent conveyance 4/21

Complaint filed and answer filed.  Discovery and pre-trial to be scheduled - 6/21

Trustee settled the adversary with the defendants.     Although there were payments made to the Trustee initially, the Trustee has recently been unable to collect on the remaining amount of the Judgment.      Trustee is considering retaining counsel in Arizona to collect the balance due to the Bankruptcy Estate 6/22

Trustee retained special counsel in Arizona to collect the balance due.   Special counsel has been attempting to collect the balance without success - he is still pursuing the defendant - updated 6/23

We recorded a judgment against the defendant's home in Arizona and have been attempting, through special counsel, to garnish accounts and wages.   A foreclosure sale related to a different judgment is scheduled to be held in November, 2023.   The defendant is being very elusive and uncooperative.  10/23

The judgment debtor transferred the home to a LLC - strategy going forward is a demand letter  to the transferee- $21,666.66 still owed - still trying to collect 5/24

Special collection counsel was able to obtain a garnishment against the defendant's wages - trustee awaiting receipt of those funds 10/24

No success with the special collection counsel as the defendant has other judgments.  Trustee may sell the judgment at auction.    6/24

Trustee sold judgment pending approval by the Bankruptcy court  updated 6/25

**Initial Projected Date Of Final Report (TFR):** 12/15/2021
**Current Projected Date Of Final Report (TFR):** 09/12/2025 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 21-10571-AMC | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | KYRA JENNIFER GIBSON | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0395 | Account #: | ******0748 Checking |
| For Period Ending: | 09/12/2025 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/14/21 | {6} | Ashley Rhodes | installment payment on settlement of adversary order approving 9/8/21 | 1241-000 | 1,666.67 | | 1,666.67 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,661.67 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,656.67 |
| 11/06/21 | {6} | Ronald Washington | installment payment on stipulation approved by Court | 1241-000 | 1,666.67 | | 3,323.34 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,318.34 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.49 | 3,312.85 |
| 01/15/22 | 101 | International Sureties | blanket bond premium bond number 016026390 1/1/22 - 1/1/23 | 2300-000 | | 2.10 | 3,310.75 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.12 | 3,305.63 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,300.63 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.81 | 3,294.82 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.10 | 3,289.72 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.09 | 3,284.63 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.78 | 3,278.85 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.07 | 3,273.78 |
| 08/10/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX9530 | Transition Debit to TriState Capital Bank acct XXXXXX9530 | 9999-000 | | 3,273.78 | 0.00 |
| | | **COLUMN TOTALS** | | | 3,333.34 | 3,333.34 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 3,273.78 | |
| | | **Subtotal** | | | 3,333.34 | 59.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $3,333.34 | $59.56 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 21-10571-AMC | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| **Case Name:** | KYRA JENNIFER GIBSON | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0395 | **Account #:** | ******9530 Checking Account |
| **For Period Ending:** | 09/12/2025 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX0748 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX0748 | 9999-000 | 3,273.78 | | 3,273.78 |
| 08/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.77 | 3,268.01 |
| 09/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.23 | 3,262.78 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.05 | 3,257.73 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.56 | 3,252.17 |
| 12/24/22 | 2000 | International Sureties | bond premium pro rata per bond No. 016026390 for 1/1/23 - 1/1/24 | 2300-000 | | 1.84 | 3,250.33 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.21 | 3,245.12 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.54 | 3,239.58 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,234.58 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.35 | 3,229.23 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,224.23 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.68 | 3,218.55 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.15 | 3,213.40 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,208.40 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.65 | 3,202.75 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,197.75 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.46 | 3,192.29 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.11 | 3,187.18 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,182.18 |
| 01/05/24 | 2001 | International Sureties | bond # 612419176 | 2300-000 | | 2.24 | 3,179.94 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.59 | 3,174.35 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,169.35 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,164.35 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.39 | 3,158.96 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.21 | 3,153.75 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,148.75 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.53 | 3,143.22 |

Page Subtotals: $3,273.78   $130.56

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

| Form 2 | | Exhibit B |
|---|---|---|
| **Cash Receipts And Disbursements Record** | | Page: 3 |

| Case No.: | 21-10571-AMC | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | KYRA JENNIFER GIBSON | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0395 | Account #: | ******9530 Checking Account |
| For Period Ending: | 09/12/2025 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.02 | 3,138.20 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,133.20 |
| 10/03/24 | 2002 | International Sureties | Bond #612419176 1/1/24 - 1/1/25 | 2300-000 | | 0.31 | 3,132.89 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.50 | 3,127.39 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,122.39 |
| 12/12/24 | 2003 | International Sureties | bond # 612419176 1/1/25 - 1/1/26 | 2300-000 | | 0.59 | 3,121.80 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.48 | 3,116.32 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.15 | 3,111.17 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,106.17 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,101.17 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.29 | 3,095.88 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,090.88 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,085.88 |
| 07/10/25 | {6} | First Capital Properties LTD | receipt of funds from collection of Judgment against Ronald and Ashley Washington | 1241-000 | 2,600.00 | | 5,685.88 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 8.35 | 5,677.53 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 8.79 | 5,668.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 5,873.78 | 205.04 | $5,668.74 |
| | | Less: Bank Transfers/CDs | | | 3,273.78 | 0.00 | |
| | | **Subtotal** | | | **2,600.00** | **205.04** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,600.00** | **$205.04** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-10571-AMC | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** | KYRA JENNIFER GIBSON | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0395 | **Account #:** | ******9530 Checking Account |
| **For Period Ending:** | 09/12/2025 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $5,933.34 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $5,933.34 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0748 Checking | $3,333.34 | $59.56 | $0.00 |
| ******9530 Checking Account | $2,600.00 | $205.04 | $5,668.74 |
| | **$5,933.34** | **$264.60** | **$5,668.74** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 21-10571-AMC KYRA JENNIFER GIBSON

Claims Bar Date: 07/22/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Atty Exp | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200<br>Order to employ, doc 15 | Administrative<br>09/12/25 | | $533.46<br>$533.46 | $0.00 | $533.46 |
| Atty Fee | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200<br>Order to employ, doc 15<br>Voluntary Reduced | Administrative<br>09/12/25 | | $500.00<br>$500.00 | $0.00 | $500.00 |
| BOND | International Sureties,<br><2300-000 Bond Payments><br>, 200 | Administrative<br>01/15/22 | | $0.00<br>$2.10 | $2.10 | $0.00 |
| BOND | International Sureties,<br><2300-000 Bond Payments><br>, 200 | Administrative<br>12/24/22 | | $0.00<br>$1.84 | $1.84 | $0.00 |
| BOND | International Sureties,<br><2300-000 Bond Payments><br>, 200 | Administrative<br>01/05/24 | | $0.00<br>$2.24 | $2.24 | $0.00 |
| BOND | International Sureties,<br><2300-000 Bond Payments><br>, 200 | Administrative<br>10/03/24 | | $0.00<br>$0.31 | $0.31 | $0.00 |
| BOND | International Sureties,<br><2300-000 Bond Payments><br>, 200 | Administrative<br>12/12/24 | | $0.00<br>$0.59 | $0.59 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

# Exhibit C

## Analysis of Claims Register

### Case: 21-10571-AMC KYRA JENNIFER GIBSON

Claims Bar Date: 07/22/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Court | Clerk US Bankruptcy Court, EDPA<br>U.S. Bankruptcy Court, Suite 400, Robert N.C. Nix Building<br>900 Market Street<br>Philadelphia, PA 19107<br><2700-000 Clerk of the Court Costs><br>, 200<br>Doc 48 - adversary Fee | Administrative<br>09/12/25 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| FEE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2100-000 Trustee Compensation><br>, 200<br>Trustee is entitled to $1,343.33 and voluntarily agrees to reduce compensation | Administrative<br>09/11/25 | | $500.00<br>$500.00 | $0.00 | $500.00 |
| TE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>09/12/25 | | $1.68<br>$1.68 | $0.00 | $1.68 |
| | DEPT OF EDUCATION<br>400 MARYLAND AV SW<br>Washington, DC 20202<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/09/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | DISCOVER STUDENT LOANS<br>CUST SERV<br>PO BOX 30948<br>Salt Lake City, UT 84130<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/09/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/09/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 21-10571-AMC KYRA JENNIFER GIBSON

Claims Bar Date: 07/22/21

| Claim No. | Claimant Name/<Category>, Priority | Claim Type/Date Filed | Claim Ref | Amount Filed/Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | DEPT OF EDUCATION<br>400 MARYLAND AV SW<br>Washington, DC 20202<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid | Unsecured<br>07/29/21 | | $5,970.00<br>$5,970.00 | $0.00 | $5,970.00 |
| 2 | DISCOVER STUDENT LOANS<br>PO BOX 30948<br>Salt Lake City, UT 84130-0948<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid | Unsecured<br>07/29/21 | | $12,094.00<br>$12,094.00 | $0.00 | $12,094.00 |
| | | | Case Total: | | $7.08 | $19,949.14 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-10571-AMC
Case Name: KYRA JENNIFER GIBSON
Trustee Name: Christine C. Shubert

**Balance on hand:**  $            5,668.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $            0.00
Remaining balance:  $            5,668.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 500.00 | 0.00 | 500.00 |
| Trustee, Expenses - Christine C. Shubert | 1.68 | 0.00 | 1.68 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Bond Payments - International Sureties | 2.10 | 2.10 | 0.00 |
| Bond Payments - International Sureties | 1.84 | 1.84 | 0.00 |
| Bond Payments - International Sureties | 2.24 | 2.24 | 0.00 |
| Bond Payments - International Sureties | 0.31 | 0.31 | 0.00 |
| Bond Payments - International Sureties | 0.59 | 0.59 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Karalis, PC | 500.00 | 0.00 | 500.00 |
| Attorney for Trustee Expenses (Other Firm) - Karalis, PC | 533.46 | 0.00 | 533.46 |

Total to be paid for chapter 7 administrative expenses:  $            1,885.14
Remaining balance:  $            3,783.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

UST Form 101-7-TFR(5/1/2011)

|   | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 3,783.60 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 3,783.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|   | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 3,783.60 |

Tardily filed claims of general (unsecured) creditors totaling $18,064.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 20.9 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DEPT OF EDUCATION | 5,970.00 | 0.00 | 1,250.45 |
| 2 | DISCOVER STUDENT LOANS | 12,094.00 | 0.00 | 2,533.15 |

|   | Total to be paid for tardily filed general unsecured claims: | $ | 3,783.60 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**