UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KYRA GIBSON

Debtor(s)

Chapter 7

Case No. 21-10571-AMC

### APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed trustee of this bankruptcy estate on 03/10/2021.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $500.00 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $1.68 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. COMPUTATION OF COMPENSATION

Total disbursement to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $5,933.34.

Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | |
|---|---|---|
| 25% on 1st | $ 5,000 = | $500.00 |
| 10% on next | $ 45,000 = | $0.00 |
| 5% on next | $ 950,000 = | $0.00 |
| 3% on balance over | $ 1,000,000 = | $0.00 |
| Calculated Compensation | = | $1,343.33 |
| Less Adjustment | = | 0.00 |
| Total Compensation | = | $500.00 |

7. TRUSTEE EXPENSES ITEMIZATION

Description of Expenses                                                                                          Amount of Expenses

| | |
|---|---|
| DISTRIBUTION | $.20 |
| DISTRIBUTION | $1.48 |
| Total Expenses: | $1.68 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $500.00 and reimbursement of expenses in the amount of $1.68.

Dated:  November 17, 2025              /s/ Christine C. Shubert
                                        Christine C. Shubert