IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| KYRA JENNIFER GIBSON | : | BANKRUPTCY NO. 21-10571 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on December 31, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of No Answer, Objection or Other Responsive Pleading to Notice of Trustee's Final Report and Applications for Compensation and Deadline to Objection (NFR).

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

KARALIS PC

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: December 31, 2025

Mailing List Exhibit attached hereto:

| | | |
|---|---|---|
| **VIA ECF TRANSMISSION** | John Schanne, Esquire<br>Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107<br>*Trial Attorneys for the United States Trustee* | Christine C. Shubert<br>821 Wesley Avenue<br>Ocean City, NJ 08226<br>*Chapter 7 Trustee* |
| Richard N. Lipow, Esquire<br>Lipow Law Office<br>629 Swedesford Road<br>Malvern, PA 19355<br>*Attorneys for the Debtor* | Michelle L. McGowan, Esquire<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>13010 Morris Road, Suite 450<br>Alpharetta, GA 30004<br>*Attorneys for Newrez, LLC* | Charles Griffin Wohlrab, Esquire<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>10700 Abbott's Bridge Road, Ste 170<br>Duluth, GA 30097<br>*Attorneys for Newrez, LLC* |