IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

KYRA GIBSON

Chapter 7

Bankruptcy No. 21-10571-AMC

Debtor

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this _____ day of _____ 20___, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

**Date: January 8, 2026**

_____
ASHELY M. CHAN
United States Bankruptcy Judge