Kyra J Gibson  
1612 Countryside Lane  
Norristown, PA 19403

February 5th, 2026

Bankruptcy Case No. 21-10571 (AMC)

## CHANGE OF ADDRESS REQUEST

Hello,

My name is Kyra J Gibson, my Chapter 7 case number is 21-10571 (AMC). My address has changed, I would like to update where I receive notices to the below address please:

NEW ADDRESS:

Kyra Gibson  
1612 Countryside Lane  
Norristown, PA 19403

OLD ADDRESS:

(Do not use)  
Kyra Gibson  
2536 Clothier Street  
Coatesville, PA 19320

Thank you so much!

Kyra J Gibson

*FILED FEB - 9 2026 CLERK OF COURT BY ____ DEP. CLERK*