**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

In re: KYRA JENNIFER GIBSON           §       Case No. 21-10571-AMC
                                      §
                                      §
                                      §
          Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Christine C. Shubert, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,900.00 *(without deducting any secured claims)* | Assets Exempt: $1,900.00 |
| Total Distributions to Claimants: $3,783.60 | Claims Discharged Without Payment: $329,902.75 |
| Total Expenses of Administration: $2,149.74 | |

3) Total gross receipts of $5,933.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,933.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,985.99 | $2,149.74 | $2,149.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $333,686.35 | $18,064.00 | $18,064.00 | $3,783.60 |
| **TOTAL DISBURSEMENTS** | $333,686.35 | $21,049.99 | $20,213.74 | $5,933.34 |

4) This case was originally filed under chapter 7 on 03/09/2021.  The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     05/11/2026

By: /s/ Christine C. Shubert

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent conveyance of property in Arizona | 1241-000 | $5,933.34 |
| **TOTAL GROSS RECEIPTS** | | **$5,933.34** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 2100-000 | NA | $1,343.33 | $500.00 | $500.00 |
| Trustee, Expenses - Christine C. Shubert | 2200-000 | NA | $1.68 | $1.68 | $1.68 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - International Sureties | 2300-000 | NA | $0.00 | $7.08 | $7.08 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $57.46 | $57.46 | $57.46 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $200.06 | $200.06 | $200.06 |
| Attorney for Trustee Fees (Other Firm) - Karalis, PC | 3210-000 | NA | $500.00 | $500.00 | $500.00 |
| Attorney for Trustee Expenses (Other Firm) - Karalis, PC | 3220-000 | NA | $533.46 | $533.46 | $533.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,985.99** | **$2,149.74** | **$2,149.74** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CLERK, UNITED STATES BANKRUPTCY COURT - DEPT OF EDUCATION | 7200-001 | $5,970.00 | $5,970.00 | $5,970.00 | $1,250.45 |
| 2 | CLERK, UNITED STATES BANKRUPTCY COURT - DISCOVER STUDENT LOANS | 7200-001 | $12,094.00 | $12,094.00 | $12,094.00 | $2,533.15 |
| N/F | Shellpoint Mortgage Servicing | 7100-000 | $315,622.35 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$333,686.35** | **$18,064.00** | **$18,064.00** | **$3,783.60** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

### Individual Estate Property Record and Report

Exhibit 8

Page: 1

### Asset Cases

**Case No.:**   21-10571-AMC

**Case Name:**   KYRA JENNIFER GIBSON

**For Period Ending:**   05/11/2026

**Trustee Name:**   (500770) Christine C. Shubert

**Date Filed (f) or Converted (c):**   03/09/2021 (f)

**§ 341(a) Meeting Date:**   04/16/2021

**Claims Bar Date:**   07/22/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Computer | 300.00 | 0.00 | | 0.00 | FA |
| 2 | used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING: TD BANK | 100.00 | 0.00 | | 0.00 | FA |
| 5 | UNITED STATES EE BONDS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6* | Fraudulent conveyance of property in Arizona (u)<br><br>Adv. No. 21-00039 Complaint filed 5/11/21 0 settled for $20k.<br>Per order to sell Doc. 45 (See Footnote) | 0.00 | 25,000.00 | | 5,933.34 | FA |
| **6** | Assets Totals (Excluding unknown values) | **$1,900.00** | **$25,000.00** | | **$5,933.34** | **$0.00** |

RE PROP# 6      trustee engaged counsel and filed a complaint for recovery of the fraudulent conveyance.  Adversary filed 21-00039 to recover the preference.   Consent Judgment entered against the defendants.  Defendants defaulted on paying the Judgment. Trustee engaged special collection counsel, Lane and Nach  to collect the Judgment.   Special collection counsel collected funds from selling the Judgment.

Consent Judgment entered on November 16, 2022 against Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington in the matter of Shubert v. Washington, et al., U.S.B.C. E.D.PA, Adversary No. 21-00039(AMC). The Consent Judgment has a face value of $25,000.00 and a current value of $21,666.67 as payments in the amount of $3,333.34 were made on account of the Consent Judgment."

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**   21-10571-AMC

**Case Name:**   KYRA JENNIFER GIBSON

**For Period Ending:**   05/11/2026

**Trustee Name:**   (500770) Christine C. Shubert

**Date Filed (f) or Converted (c):**   03/09/2021 (f)

**§ 341(a) Meeting Date:**   04/16/2021

**Claims Bar Date:**   07/22/2021

**Major Activities Affecting Case Closing:**

Trustee will pursue fraudulent conveyance.  The debtor transferred property to her ex-boyfriend for $1.00 and no consideration.  Debtor is still obligated on the note and mortgage.     Engaged counsel to pursue the Fraudulent conveyance 4/21

Complaint filed and answer filed.  Discovery and pre-trial to be scheduled - 6/21

Trustee settled the adversary with the defendants.     Although there were payments made to the Trustee initially, the Trustee has recently been unable to collect on the remaining amount of the Judgment.     Trustee is considering retaining counsel in Arizona to collect the balance due to the Bankruptcy Estate 6/22

Trustee retained special counsel in Arizona to collect the balance due.   Special counsel has been attempting to collect the balance without success - he is still pursuing the defendant - updated 6/23

We recorded a judgment against the defendant's home in Arizona and have been attempting, through special counsel, to garnish accounts and wages.   A foreclosure sale related to a different judgment is scheduled to be held in November, 2023.   The defendant is being very elusive and uncooperative. 10/23

The judgment debtor transferred the home to a LLC - strategy going forward is a demand letter  to the transferee- $21,666.66 still owed - still trying to collect 5/24

Special collection counsel was able to obtain a garnishment against the defendant's wages - trustee awaiting receipt of those funds 10/24

No success with the special collection counsel as the defendant has other judgments.  Trustee may sell the judgment at auction.     6/24

Trustee sold judgment pending approval by the Bankruptcy court  updated 6/25

**Initial Projected Date Of Final Report (TFR):**  12/15/2021

**Current Projected Date Of Final Report (TFR):**   09/12/2025 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 21-10571-AMC | Trustee Name: | Christine C. Shubert (500770) |
| --- | --- | --- | --- |
| Case Name: | KYRA JENNIFER GIBSON | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0395 | Account #: | ******0748 Checking |
| For Period Ending: | 05/11/2026 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/14/21 | {6} | Ashley Rhodes | installment payment on settlement of adversary order approving 9/8/21 | 1241-000 | 1,666.67 | | 1,666.67 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,661.67 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,656.67 |
| 11/06/21 | {6} | Ronald Washington | installment payment on stipulation approved by Court | 1241-000 | 1,666.67 | | 3,323.34 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,318.34 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.49 | 3,312.85 |
| 01/15/22 | 101 | International Sureties | blanket bond premium bond number 016026390 1/1/22 - 1/1/23 | 2300-000 | | 2.10 | 3,310.75 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.12 | 3,305.63 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,300.63 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.81 | 3,294.82 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.10 | 3,289.72 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.09 | 3,284.63 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.78 | 3,278.85 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.07 | 3,273.78 |
| 08/10/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX9530 | Transition Debit to TriState Capital Bank acct XXXXXX9530 | 9999-000 | | 3,273.78 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 3,333.34 | 3,333.34 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 3,273.78 | |
| Subtotal | | 3,333.34 | 59.56 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $3,333.34 | $59.56 | |

---

*{ } Asset Reference(s)*        UST Form 101-7-TDR ( 10 /1/2010)        *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 21-10571-AMC | | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|---|
| Case Name: | KYRA JENNIFER GIBSON | | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0395 | | Account #: | ******9530 Checking Account |
| For Period Ending: | 05/11/2026 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX0748 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX0748 | 9999-000 | 3,273.78 | | 3,273.78 |
| 08/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.77 | 3,268.01 |
| 09/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.23 | 3,262.78 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.05 | 3,257.73 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.56 | 3,252.17 |
| 12/24/22 | 2000 | International Sureties | bond premium pro rata per bond No. 016026390 for 1/1/23 - 1/1/24 | 2300-000 | | 1.84 | 3,250.33 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.21 | 3,245.12 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.54 | 3,239.58 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,234.58 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.35 | 3,229.23 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,224.23 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.68 | 3,218.55 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.15 | 3,213.40 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,208.40 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.65 | 3,202.75 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,197.75 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.46 | 3,192.29 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.11 | 3,187.18 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,182.18 |
| 01/05/24 | 2001 | International Sureties | bond # 612419176 | 2300-000 | | 2.24 | 3,179.94 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.59 | 3,174.35 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,169.35 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,164.35 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.39 | 3,158.96 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.21 | 3,153.75 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,148.75 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.53 | 3,143.22 |

Page Subtotals:  $3,273.78  $130.56

*{ } Asset Reference(s)*     UST Form 101-7-TDR ( 10 /1/2010)     *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 21-10571-AMC | Trustee Name: | Christine C. Shubert (500770) |
| Case Name: | KYRA JENNIFER GIBSON | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0395 | Account #: | ******9530 Checking Account |
| For Period Ending: | 05/11/2026 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.02 | 3,138.20 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,133.20 |
| 10/03/24 | 2002 | International Sureties | Bond #612419176 1/1/24 - 1/1/25 | 2300-000 | | 0.31 | 3,132.89 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.50 | 3,127.39 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,122.39 |
| 12/12/24 | 2003 | International Sureties | bond # 612419176 1/1/25 - 1/1/26 | 2300-000 | | 0.59 | 3,121.80 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.48 | 3,116.32 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.15 | 3,111.17 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,106.17 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,101.17 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.29 | 3,095.88 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,090.88 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,085.88 |
| 07/10/25 | {6} | First Capital Properties LTD | receipt of funds from collection of Judgment against Ronald and Ashley Washington | 1241-000 | 2,600.00 | | 5,685.88 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 8.35 | 5,677.53 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 8.79 | 5,668.74 |
| 01/08/26 | 2004 | Karalis, PC | Distribution payment - Dividend paid at 100.00% of $533.46; Claim # Atty Exp; Filed: $533.46 | 3220-000 | | 533.46 | 5,135.28 |
| 01/08/26 | 2005 | Karalis, PC | Distribution payment - Dividend paid at 100.00% of $500.00; Claim # Atty Fee; Filed: $500.00 | 3210-000 | | 500.00 | 4,635.28 |
| 01/08/26 | 2006 | Clerk US Bankruptcy Court, EDPA | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # Court; Filed: $350.00 | 2700-000 | | 350.00 | 4,285.28 |
| 01/08/26 | 2007 | Christine C. Shubert | Distribution payment - Dividend paid at 100.00% of $500.00; Claim # FEE; Filed: $1,343.33 | 2100-000 | | 500.00 | 3,785.28 |
| 01/08/26 | 2008 | Christine C. Shubert | Distribution payment - Dividend paid at 100.00% of $1.68; Claim # TE; Filed: $1.68 | 2200-000 | | 1.68 | 3,783.60 |
| 01/08/26 | 2009 | DEPT OF EDUCATION | Distribution payment - Dividend paid at 20.95% of $5,970.00; Claim # 1; Filed: $5,970.00 Stopped on 04/08/2026 | 7200-005 | | 1,250.45 | 2,533.15 |
| 01/08/26 | 2010 | DISCOVER STUDENT LOANS | Distribution payment - Dividend paid at 20.95% of $12,094.00; Claim # 2; Filed: $12,094.00 Stopped on 04/08/2026 | 7200-005 | | 2,533.15 | 0.00 |

Page Subtotals:        $2,600.00        $5,743.22

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

## Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 21-10571-AMC | |
| Case Name: | KYRA JENNIFER GIBSON | |
| Taxpayer ID #: | **-***0395 | |
| For Period Ending: | 05/11/2026 | |

| | |
|---|---|
| Trustee Name: | Christine C. Shubert (500770) |
| Bank Name: | TriState Capital Bank |
| Account #: | ******9530 Checking Account |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/08/26 | 2009 | DEPT OF EDUCATION | Distribution payment - Dividend paid at 20.95% of $5,970.00; Claim # 1; Filed: $5,970.00 Stopped: check issued on 01/08/2026 | 7200-005 | | -1,250.45 | 1,250.45 |
| 04/08/26 | 2010 | DISCOVER STUDENT LOANS | Distribution payment - Dividend paid at 20.95% of $12,094.00; Claim # 2; Filed: $12,094.00 Stopped: check issued on 01/08/2026 | 7200-005 | | -2,533.15 | 3,783.60 |
| 04/08/26 | 2011 | CLERK, UNITED STATES BANKRUPTCY COURT | unclaimed funds for claims 1 (1,250.45) for Creditor Dept. of Education  & 2 (2533.15) Discover Student Loans | | | 3,783.60 | 0.00 |
| | | DISCOVER STUDENT LOANS | unclaimed funds $2,533.15 | 7200-001 | | | |
| | | DEPT OF EDUCATION | unclaimed funds $1,250.45 | 7200-001 | | | |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| COLUMN TOTALS | 5,873.78 | 5,873.78 | $0.00 |
| Less: Bank Transfers/CDs | 3,273.78 | 0.00 | |
| Subtotal | 2,600.00 | 5,873.78 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $2,600.00 | $5,873.78 | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page:  5

# Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 21-10571-AMC |
| **Case Name:** | KYRA JENNIFER GIBSON |
| **Taxpayer ID #:** | **-***0395 |
| **For Period Ending:** | 05/11/2026 |

| | |
|---|---|
| **Trustee Name:** | Christine C. Shubert (500770) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******9530 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0748 Checking | $3,333.34 | $59.56 | $0.00 |
| ******9530 Checking Account | $2,600.00 | $5,873.78 | $0.00 |
| | **$5,933.34** | **$5,933.34** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)