**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

KYRA GIBSON

Debtor

Chapter 7

Bankruptcy No. 21-10571-AMC

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT.**
**DISCHARGING TRUSTEE, AND CLOSING ESTATE**

AND NOW, this __28th__ day of __May__ 20__26__ , upon consideration of the

Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in

accordance with Trustee's Final Report and it further appearing that the Trustee is no longer

holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the

Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

ASHELY M. CHAN
United States Bankruptcy Judge