United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10571-amc

Kyra Jennifer Gibson                                                                 Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 2

Date Rcvd: May 28, 2026                      Form ID: pdf900                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID                 Recipient Name and Address**
db                    + Kyra Jennifer Gibson, 1612 Countryside Lane, Norristown, PA 19403-5139

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                         Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name                          Email Address**

CHRISTINE C. SHUBERT
                              on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
                              christine.shubert@comcast.net J100@ecfcbis.com

MICHAEL A. CIBIK
                              on behalf of Defendant Ashley Elizabeth Washington help@cibiklaw.com
                              noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
                              on behalf of Defendant Ronald Jeffrey Washington  Jr. help@cibiklaw.com,
                              noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
                              on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

District/off: 0313-2                                    User: admin                                          Page 2 of 2
Date Rcvd: May 28, 2026                             Form ID: pdf900                                    Total Noticed: 1

RICHARD N. LIPOW
                            on behalf of Debtor Kyra Jennifer Gibson richard@lipowlaw.com
                            ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

ROBERT W. SEITZER
                            on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
                            on behalf of Plaintiff Christine C. Shubert rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
                            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                         Chapter 7
KYRA GIBSON

                                                               Bankruptcy No. 21-10571-AMC

          Debtor

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT.**
**DISCHARGING TRUSTEE, AND CLOSING ESTATE**

AND NOW, this __28th__ day of __May__ 20__26__, upon consideration of the

Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in

accordance with Trustee's Final Report and it further appearing that the Trustee is no longer

holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the

Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

ASHELY M. CHAN
United States Bankruptcy Judge